IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| LEWIS VILLARREAL, III, Institutional ID No. 02463267 | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:23-CV-00128-BU |
| STATE OF TEXAS, *et al.*, | § § § | |
| Defendants. | § § § | |

## JUDGMENT

In accordance with the Order issued this same day, it is the judgment of this Court that Plaintiff Lewis Villarreal, III's Complaint, and all claims alleged therein, are DISMISSED under 28 U.S.C. §§ 1915(e)(2)(B)(i)–(ii) and 1915A(b)(1) as frivolous and for failure to state a claim on which relief may be granted.

ENTERED this 8th day of May 2024.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE